JS-6

# THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, | Case No. 8:13-cv-01699-PA-AN |
| Plaintiff, | |
| vs. | **ORDER RE: JOINT STIPULATION FOR DISMISSAL** |
| THRIFTY PAYLESS, INC. dba RITE AID #05756; WRI WEST GATE SOUTH, LP, | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendants Thrifty Payless Inc. dba Rite Aid #05756 and WRI West Gate South, LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: March 12, 2014

_____
United States District Judge